IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                    2:06-cv-0421-GEB-DAD

    vs.

LESLIE JOHN HOLLLINGSHEAD,

        Defendant.               <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On June 27, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2006, are adopted in full;

2. The United States' motion for summary judgment is granted and judgment for the United States shall be entered on all claims.

3. Any UCC Financing Statement that purports to create a lien or any other non-consensual lien or encumbrance filed by defendant Hollingshead against the person or property of any IRS employee or others who authorized or performed any act in connection with the assessment or collection of his tax liabilities is declared null and void *ab initio* and declared to have no force and effect.

4. An order may be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of California where such liens have or will be filed by defendant Hollingshead.

5. Regardless of nomenclature, caption, title, or terms used to describe the document, defendant Leslie John Hollingshead is permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a lien or any other purported non-consensual lien or encumbrance against the person or property of the above named IRS employees or others who authorized or performed any act in connection with the assessment or collection of defendant Hollingshead's tax liabilities.

Nevertheless, this permanent injunction shall not prevent defendant Hollingshead from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction shall not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.  Willful violation of this order shall be punished by fine or imprisonment, or both.

/////

/////

/////

6. An order is hereby entered specifically declaring and adjudging that the UCC Financing Statement, Document Number 057036238084, filed by defendant Hollingshead against Mark W. Everson and Dayna McGrady is null, void and of no legal effect.

Dated: August 14, 2006

```
                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```